Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Attorneys for Plaintiffs Reony Tonneyck,
Robert Hann, and Ronald Hinton and
[Proposed] Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER, <br><br> Defendants, <br> and <br><br> CHARGEPOINT HOLDINGS, INC., <br><br> Nominal Defendant, | Case No. 5:24-cv-00149-PCP <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINTS, SCHEDULE, AND ADJOURNMENT OF CASE MANAGEMENT CONFERENCE** |

[Caption continued on next page]

| | |
|---|---|
| ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR., <br><br> Defendants, <br><br> and <br><br> CHARGEPOINT HOLDINGS, INC., <br><br> Nominal Defendant, | Case No.: 5:24-cv-01281-PCP |

[Caption continued on next page]

| | |
|---|---|
| REONY TONNEYCK, ROBERT HANN, and RONALD HINTON, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., | Case No.: 5:24-cv-02619-PCP |
| Plaintiff, | |
| v. | |
| ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, REX S. JACKSON, MARK LESCHLY, MICHAEL LINSE, PASQUALE ROMANO, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER, | |
| Defendants, | |
| and | |
| CHARGEPOINT HOLDINGS, INC., | |
| Nominal Defendant. | |

[Caption continued on next page]

| | |
|---|---|
| JACOPO TOMASSO, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR., <br><br> Defendants, <br><br> and <br><br> CHARGEPOINT HOLDINGS, INC., <br><br> Nominal Defendant. | Case No.: 5:24-cv-03162-PCP |

WHEREAS, on January 8, 2024, plaintiff Joann C. Yates ("Yates") filed a shareholder derivative action on behalf of nominal defendant ChargePoint Holdings, Inc. ("ChargePoint" or the "Company") alleging causes of action for breach of fiduciary duty, contribution and indemnification, unjust enrichment, and waste of corporate assets against defendants Pasquale Romano, Rex S. Jackson, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr., (collectively, the "Individual Defendants," and together with the Company, "Defendants"), captioned *Yates v. Romano et al.*, 5:24-CV-00149-PCP (the "*Yates* Action");

WHEREAS, on March 1, 2024, plaintiff Anand Roy ("Roy") filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, contribution and indemnification, unjust enrichment, abuse of control, gross

mismanagement, and waste of corporate assets against the Individual Defendants, captioned *Roy v. Romano et al.*, 5:24-CV-01281 (the "*Roy* Action");

WHEREAS, on May 2, 2024, plaintiffs Reony Tonneyck ("Tonneyck"), Robert Hann ("Hann"), and Ronald Hinton ("Hinton") filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, contribution under Sections 10(b), 20(a), and 21D of the Exchange Act, unjust enrichment, insider trading, and waste of corporate assets against the Individual Defendants, captioned *Tonneyck et al. v. ChargePoint Holdings, Inc. et al.*, 5:24-CV-02619 (the "*Tonneyck* Action");

WHEREAS, on May 24, 2024, plaintiff Jacopo Tomasso ("Tomasso" and together with Yates, Roy, Tonneyck, Hann, and Hinton, "Plaintiffs") filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for violations of Sections 10(b) and 20(a) of the Exchange Act, breach of fiduciary duty, contribution, unjust enrichment, insider trading, and waste of corporate assets against the Individual Defendants, captioned *Tomasso v. Romano, et al.*, 5:24-CV-01362 (the "*Tomasso* Action" and together with the *Yates*, *Roy*, and *Tonneyck* Actions, the "Related Derivative Actions");

WHEREAS, on June 12, 2024, the Court deemed the *Yates*, *Roy*, *Tonneyck*, and *Tomasso* Actions to be related;

WHEREAS, on June 20, 2024, the Court scheduled a Case Management Conference for August 22, 2024 at 1:00 p.m., with Case Management Statements due on August 8, 2024, in the *Tonneyck* and *Tomasso* Actions;

WHEREAS, on July 1, 2024, Plaintiffs filed the Notice of Motion and Motion to Consolidate Related Derivative Actions and Appoint Co-Lead Counsel ("Consolidation and Leadership Motion") (*Yates* Action, ECF No. 44). The Consolidation and Leadership Motion is noticed for September 26, 2024 at 10:00 a.m.;

WHEREAS, on July 16, 2024, Plaintiffs filed a Notice of Non-Opposition to the Consolidation and Leadership Motion (*Yates* Action, ECF No. 46);

WHEREAS, Defendants executed Waivers of Service in the *Yates* and *Roy* Actions, and the parties to the *Yates* and *Roy* Actions previously agreed that Defendants need not respond to those complaints until after a ruling on consolidation of the *Yates* and *Roy* Actions;

WHEREAS, Defendants executed Waivers of Service in the *Tonneyck* and *Tomasso* Actions which require they answer, move, or respond to the complaints in those actions by July 22, 2024 and July 29, 2024, respectively;

WHEREAS, Plaintiffs and Defendants (together, the "Parties") agree given the pending Consolidation and Leadership Motion, it would be most efficient as well as conserve party and judicial resources to adjourn the deadlines for Defendants to answer, move, or otherwise respond to the complaints in the Related Derivative Actions until after a ruling on the Consolidation and Leadership Motion; and

WHEREAS, the Parties further agree that as the Consolidation and Leadership Motion is pending and its determination will impact how litigation in the Related Derivative Actions will proceed, the August 22, 2024 Case Management Conference scheduled in the *Tonneyck* and *Tomasso* Actions should be adjourned until after a ruling on the Consolidation and Leadership Motion and a proposed schedule is submitted to the Court for how the litigation should proceed;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, that:

1. Within thirty (30) days after a ruling on the Consolidation and Leadership Motion, the Parties will submit a proposed schedule to the Court.

2. Defendants need not respond to the complaints filed in the Related Derivative Actions until after a ruling on the Consolidation and Leadership Motion and the Court rules on the proposed schedule.

3. The August 22, 2024 Case Management Conferences in the *Tonneyck* and *Tomasso* Actions, including the deadline to submit Case Management Statements by August 8, 2024, are vacated *sine die*.

4. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED**

Dated: July 16, 2024

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ *Betsy C. Manifold*
BETSY C. MANIFOLD (182450)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
tramontano@whafh.com

*Counsel for Plaintiff Yates*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-aw.com

*Counsel for Plaintiff Yates and [Proposed] Co- Lead Counsel*

Dated: July 16, 2024

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Counsel for Plaintiffs Tonneyck, Hann, and Hinton and [Proposed] Co- Lead Counsel*

| | |
|---|---|
| Dated:  July 16, 2024 | **THE ROSEN LAW FIRM, P.A.**<br><br>*/s/ Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>*Counsel For Plaintiff Tomasso* |
| Dated:  July 16, 2024 | **THE BROWN LAW FIRM, P.C.**<br><br>*/s/ Robert C. Moest*<br>Robert C. Moest, Of Counsel, SBN 62166<br>2530 Wilshire Boulevard, Second Floor<br>Santa Monica, CA 90403<br>Telephone: (310) 915-6628<br>Facsimile: (310) 915-9897<br>RMoest@aol.com<br><br>Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>tbrown@thebrownlawfirm.net<br><br>**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**<br>Peretz Bronstein<br>Eitan Kimelman<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br>peretz@bgandg.com<br>eitank@bgandg.com<br><br>*Counsel for Plaintiff Roy* |
| Dated: July 16, 2024 | **SIDLEY AUSTIN LLP**<br><br>By: */s/ Jaime Allyson Bartlett*<br>Jaime Allyson Bartlett<br>Sara B. Brody |

8
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINTS, SCHEDULE AND ADJOURNMENT OF CASE MANAGEMENT CONFERENCE

Chaddy Georges
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
(415) 772-7438
(415) 772-1228
Facsimile: (415) 772-7400
sbrody@sidley.com
cgeorges@sidley.com
jbartlett@sidley.com

*Counsel for Nominal Defendant ChargePoint Holdings, Inc. and the Individual Defendants*

**Civil L.R. 5-1(i)(3) Attestation:**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 16, 2024                             */s/ Melissa A. Fortunato*
                                                  Melissa A. Fortunato

\*   \*   \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

SO ORDERED this ___ day of _____ 2024

_____
HON. P. CASEY PITTS
United States District Judge